## IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF FLORIDA

In re:

Bill Pullum Realty, Inc.,                                     Case No. 13-31020-KKS
                                                                                Chapter   7

    Debtor.
_____

### ORDER GRANTING OKALOOSA COUNTY TAX COLLECTOR'S CONSENT MOTION FOR RELIEF FROM STAY TO SELL TAX CERTIFICATES [DOC. 118]

This case came before the Court upon Ben Anderson, the duly elected Tax Collector in and for Okaloosa County, Florida's Consent Motion for Relief from Stay to Sell Tax Certificates 11 U.S.C. § 362 (Doc. 118), and the Court having considered the Motion and noting the consent, it is

**ORDERED:**

1. The Motion is granted.

2. The Movant made a request in the consent Motion to waive the 14-day stay requirement of Bankruptcy Rule 4003(a)(3). The automatic stay shall be lifted immediately upon execution of this order.

        **DONE AND ORDERED**  May 5, 2017_____.

                                                                                        _____
                                                                                        KAREN K. SPECIE
                                                                                        U.S. BANKRUPTCY JUDGE

Attorney Sarah S. Walton is directed to serve a copy of this order on interested parties and file a proof of service within 3 days of entry of the order.

Order submitted by: (Amended in Chambers)
Sarah S. Walton

Conformed Copies to:
Sarah S. Walton
J. Steven Ford
Sherry Chancellor
Charles F. Edwards