UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

IN RE:   PULLUM REALTY, INC.                                         CASE 13-31020
                                                                      CHAPTER 7
　　　　Debtor.
_____

OBJECTION TO CLAIM #12 (SE Property Holdings)

*AMENDED* NOTICE OF
 OPPORTUNITY TO OBJECT
AND FOR HEARING

　　　　Pursuant to Local rule 2002-2, the Court will consider the relief requested in this paper without further notice or hearing unless a party in interest files a response within thirty (30) days from the date set forth on the proof of service plus an additional three days for service if any party was served by U.S.Mail, or such other period as may be specified in Fed. R. Bankr.P.9006 (f).

**If you object to the relief requested in this paper, you must file am objection or response electronically with the Clerk of Court or by mail at 110 East Park Avenue, Suite 100, Tallahassee, FL 32301, and serve a copy on the movant's attorney, Sherry F. Chancellor, Trustee, 619 West Chase Street, Pensacola, Florida 32502 and any other appropriate person within the time allowed.  If you file and serve a response within the time permitted, the Court will either schedule and notify you of a hearing or consider the response and grant or deny the relief requested without hearing.**

**If you do not file a response within the time permitted, the Court will consider that you do not oppose the relief requested in the paper, and will proceed to consider the paper without further notice or hearing, and may grant relief requested.**

　　　　**COMES NOW,** the Trustee, **SHERRY F. CHANCELLOR,** and files this her

Objection to Amended Claim #12 by SE Property Holdings, LLC c/o Richard M. Gaal,

PO Box 350, Mobile, AL 36601 and in support thereof  would state as follows:

1. The Creditor, SE Property Holdings, has filed a claim #12 as partially secured and partially unsecured in the amount of $571,265.11, with the added language, part 9 of the claim, as "To be determined by the Court under 11 USC Section 506".

2. The claim, as filed, has no attachments or supporting documents. The Trustee is unable to determine the creditors intent regarding the unsecured portion, if in fact, there is a unsecured portion and therefore cannot pay the claim as filed.

**BASED UPON THE FOREGOING** the Trustee respectfully prays that this Court will enter an Order and therein to disallow Claim#12 with an undetermined amount and should disallow same and grant any other and further relief the Court deems necessary and just.

Respectfully submitted this the 22nd day of December, 2017.

 _/s/ Sherry F. Chancellor
 Sherry Chancellor
 619 West Chase Street
 Pensacola, Florida 32502
 (850) 436-8445
 Florida Bar # 434574

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was sent to SE Property Holdings, LLC; c/o Richard M. Gaal; rgaal@mcdowellknight.com; J. Steven Ford, , Esquire, jsf@whsf-law.com and Charles Edwards, U.S. Trustee, charles.edwards@usdoj.gov electronically or by U.S. Mail this the 22nd day of December, 2017.

 /s/ Sherry F. Chancellor
 Sherry Chancellor
 619 West Chase Street
 Pensacola, Florida 32502
 (850) 436-8445