Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 13-31020PNS3 KKS  
**Case Name:** Bill Pullum Realty, Inc.  

**Period Ending:** 12/31/17

**Trustee:** (290720)   SHERRY CHANCELLOR  
**Filed (f) or Converted (c):** 05/13/14 (c)  
**§341(a) Meeting Date:** 07/02/14  
**Claims Bar Date:** 10/10/14

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Deleted due to Amendments | 0.00 | 0.00 | | 0.00 | FA |
| 2 | Deleted due to Amendments | 0.00 | 0.00 | | 0.00 | FA |
| 3 | Hwy 98 - Okaloosa County | 350,000.00 | 350,000.00 | | 0.00 | 350,000.00 |
| 4 | Deleted due to Amendments | 0.00 | 0.00 | | 0.00 | FA |
| 5 | Deleted due to Amendments | 0.00 | 0.00 | | 0.00 | FA |
| 6 | Deleted due to Amendments | 0.00 | 0.00 | | 0.00 | FA |
| 7 | Regions Bank - DIP account Location: In debtor's | 0.00 | 0.00 | | 0.00 | FA |
| 8 | Shareholder Loan: $12033.18 Frank Oatman: $127.0 per debtor- uncollectible - Helicopter entity no longer exists and shareholder is in Ch 11 himself; | 19,615.18 | 0.00 | | 0.00 | FA |
| 9 | Deleted due to Amendments | 0.00 | 0.00 | | 0.00 | FA |
| 10 | Deleted due to Amendments | 0.00 | 0.00 | | 0.00 | FA |
| 11 | Deleted due to Amendments | 0.00 | 0.00 | | 0.00 | FA |
| 12 | Office Equipment, Etc: Office Furniture: $3200.0 was never there | 11,000.00 | 0.00 | | 0.00 | FA |
| 13 | proceeds from surrender of insurance policy (u) | 0.00 | 5,760.14 | | 5,760.14 | FA |
| 13 | **Assets**    **Totals** (Excluding unknown values) | **$380,615.18** | **$355,760.14** | | **$5,760.14** | **$350,000.00** |

**Major Activities Affecting Case Closing:**

Sent Documents to Pam Russell re: listing the vacant lot.  DAH 11/11/15-  New realtor as the other one had no luck.  Sent  info to Investor to look at  2/10/16 DAH

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 2

| **Case Number:** | 13-31020PNS3 KKS | **Trustee:** | (290720) SHERRY CHANCELLOR |
|---|---|---|---|
| **Case Name:** | Bill Pullum Realty, Inc. | **Filed (f) or Converted (c):** | 05/13/14 (c) |
| | | **§341(a) Meeting Date:** | 07/02/14 |
| **Period Ending:** | 12/31/17 | **Claims Bar Date:** | 10/10/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled And Unscheduled (u) Property) Ref. # | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) abandon. | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

December 2016- Having another realtor evaluate.   Per Ms. Zimmern the property has been listed by numerous realtors for many years.  Checking for a new listing price.

11/6/17 UPDATE :  Agreed Tax Collector could have relief from stay to sell tax certificates.  Estate to get any surplus.  Called S. Walton to follow up she has received no word re: the status of the sale.  She will inquire and call us back.  recheck with court re: surplus in Dec 2017

Have to object to claim # 12 as has no amount- says judgment but no amount as to what is secured or not secured. Can't tell how to pay.  Objection filed 12/22/17 30 day period

**Initial Projected Date Of Final Report (TFR):** September 16, 2014    **Current Projected Date Of Final Report (TFR):** February 12, 2018

_____
January 17, 2018
Date

/s/ SHERRY CHANCELLOR
_____
SHERRY CHANCELLOR

## Form 2

## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 13-31020PNS3 KKS | Trustee: | SHERRY CHANCELLOR (290720) |
|---|---|---|---|
| Case Name: | Bill Pullum Realty, Inc. | Bank Name: | Rabobank, N.A. |
| | | Account: | ******5066 - Checking Account |
| Taxpayer ID #: | **-***4628 | Blanket Bond: | $7,710,000.00  (per case limit) |
| Period Ending: | 12/31/17 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/28/16 | {13} | Northwestern Mutual | proceeds as result of surrender of insurance policy | 1229-000 | 5,760.14 | | 5,760.14 |
| 05/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,750.14 |
| 06/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,740.14 |
| 07/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,730.14 |
| 08/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,720.14 |
| 09/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,710.14 |
| 10/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,700.14 |
| 11/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,690.14 |
| 12/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,680.14 |
| 01/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,670.14 |
| 02/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,660.14 |
| 03/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,650.14 |
| 04/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,640.14 |
| 05/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,630.14 |
| 06/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,620.14 |
| 07/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,610.14 |
| 08/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,600.14 |
| 09/29/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,590.14 |
| 10/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,580.14 |
| 11/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,570.14 |
| 12/29/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,560.14 |

Subtotals :   $5,760.14   $200.00

{} Asset reference(s)

Printed: 01/17/2018 04:11 PM    V.13.32

## Form 2
## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 13-31020PNS3 KKS  
**Case Name:** Bill Pullum Realty, Inc.  

**Taxpayer ID #:** **-***4628  
**Period Ending:** 12/31/17  

**Trustee:** SHERRY CHANCELLOR (290720)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******5066 - Checking Account  
**Blanket Bond:** $7,710,000.00   (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | **ACCOUNT TOTALS** | | 5,760.14 | 200.00 | **$5,560.14** |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 5,760.14 | 200.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$5,760.14** | **$200.00** | |

Net Receipts :                5,760.14  
Net Estate :                  $5,760.14  

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **Checking # ******5066** | 5,760.14 | 200.00 | 5,560.14 |
| | **$5,760.14** | **$200.00** | **$5,560.14** |

{} Asset reference(s)                                                                                      Printed: 01/17/2018 04:11 PM    V.13.32