## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

| | | |
|---|---|---|
| **In Re:** | * | |
| | * | |
| **Bill Pullum Realty, Inc.** | * | Case No. 13-31020-KKS |
| | * | |
| **Debtor.** | * | Chapter 7 |
| | * | |

### ORDER GRANTING CONSENT MOTION TO EXTEND TIME TO RESPOND TO TRUSTEE'S OBJECTION TO CLAIM NUMBER 12 AND AMENDED OBJECTION TO CLAIM NUMBER 12 (DOC. 126)

This matter came before the Court on Creditor SE Property Holdings, LLC's ("SEPH") Consent Motion To Extend Time To Respond To Trustee's Objection To Claim Number 12 and Amended Objection To Claim Number 12 (Doc.126). The Court being notified that the Trustee consents to the entry of an order extending the time for SEPH to respond, finds that SEPH's Motion should be GRANTED.

It is ORDERED that SEPH's Consent Motion To Extend Time To Respond To Trustee's Objection To Claim Number 12 and Amended Objection To Claim Number 12 (Doc. 126) is GRANTED and the time for SEPH to file its response is extended to and including February 5, 2018.

DONE AND ORDERED on  January 24, 2018         .

_____
KAREN K. SPECIE
U.S. BANKRUPTCY JUDGE

Attorney Richard M. Gaal is directed to serve a copy of this order on interested parties and file a certificate of service within 3 days of entry of the order.

Prepared by:
Richard M. Gaal
McDowell Knight
 Roedder & Sledge, LLC
Post Office Box 350
Mobile, Alabama 36601
251-432-5300
rgaal@mcdowellknight.com